DECEMBER 8, 1958.*

No. 10, Original. UNITED STATES *v.* LOUISIANA ET AL. The motion for leave to file reply brief of the State of Florida is granted. The joint motion for leave to file reply brief of the State of Louisiana et al. is granted. THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of these motions. *Richard W. Ervin,* Attorney General, *J. Robert McClure,* First Assistant Attorney General, *Fred M. Burns, Robert J. Kelly, Irving B. Levenson,* Assistant Attorneys General, and *Spessard L. Holland,* for the State of Florida, were on both the joint motion and a separate motion for the State of Florida. Also on the joint motion were *Jack P. F. Gremillion,* Attorney General, *W. Scott Wilkinson, Victor A. Sachse, Edward M. Carmouche, John L. Madden,* Special Assistant Attorneys General, *Bailey Walsh, Hugh M. Wilkinson* and *Marc Dupuy, Jr.* for the State of Louisiana; *Will Wilson,* Attorney General, *James N. Ludlum,* First Assistant Attorney General, *James H. Rogers,* Assistant Attorney General, *James P. Hart, J. Chrys Dougherty* and *Robert J. Hearon, Jr.* for the State of Texas; *Joe T. Patterson,* Attorney General, and *John H. Price, Jr.,* Assistant Attorney General, for the State of Mississippi; *John Patterson,* Attorney General, *William G. O'Rear, Gordon Madison,* Assistant Attorneys General, and *E. K. Hanby,* Special Assistant Attorney General, for the State of Alabama; and *Guy Cordon* for the State of Florida.

No. 311. GONDRON ET AL. *v.* UNITED STATES, *ante,* p. 865. Motion to remand denied. Rehearing also denied.

---

*MR. JUSTICE FRANKFURTER took no part in the consideration or decision of cases in which orders were this day announced.